No. 316. McKISSICK ET AL. *v.* TALBOT ET AL. Argued February 27, 1931. Decided March 2, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937; *Wall* v. *Bankers Life Co.,* 282 U. S. 808; *Wright* v. *Minnesota Mutual Life Ins. Co.,* 193 U. S. 657; *Polk* v. *Mutual Reserve Fund Life Assn.,* 207 U. S. 310. *Mr. Leslie G. Pefferle,* with whom *Messrs. Thomas W. Hoopes, Charles W. Lyon,* and *Frank C. Smith* were on the brief, for appellants. *Messrs. George G. Perrin, Nelson C. Pratt, Edward Sonnenschein, Herbert M. Lautmann, Henry S. Moser,* and *Isaac E. Ferguson* were on the brief for appellees.